# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NADINE BASRI** <br><br> v. <br><br> **THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA d/b/a PENN MEDICINE** | **CIVIL ACTION** <br><br> **NO. 19-4935** |

## ORDER

**AND NOW**, this 8th day of December 2020, upon consideration of Defendant's Motion for Summary Judgment (ECF 13), Plaintiff's response (ECF 15), and the Defendant's reply (ECF 17); and for the reasons given in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

s/ Michael M. Baylson

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 19\19-4935 Basri v Trustees of Univ of Penn\19cv4935 order on MSJ.docx